IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:16cr00235 |
| | ) | **Electronic Filing** |
| **GREGORY BROWN, JR.** | ) | |

## WAIVER OF PRESENTENCE INVESTIGATION REPORT

I, GREGORY BROWN, JR., hereby waive my right to have the probation officers of the United States district courts conduct a presentence investigation and prepare a presentence investigation report for presentation to the court prior to being sentenced. I hereby acknowledge my understanding that this investigation and report, which I now forego, is for the purpose of obtaining information useful to the court in determining an appropriate sentence.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)